David E. Newman, SBN 233263
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 875-6161
Email: dnewman@nrdc.org

Attorney for Plaintiffs

Kristen Byrnes Floom, DC Bar No. 469615
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Benjamin Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0340
Fax: (202) 305-0275
Email: kristen.floom@usdoj.gov

Attorney for Federal Defendants

James P. Walsh, SBN 184620
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, CA 94111-3611
Telephone: (415) 276-6500
Fax: (415) 276-6599
Email: budwalsh@dwt.com

Attorney for Defendant-Intervenor

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, | Case No. C 04-1370 CRB |
| Plaintiffs, | STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED ORDER |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE et al., | |
| Defendants. | |

1  The parties in the above-captioned case, by their respective attorneys, hereby stipulate
2  that the action be dismissed without prejudice to either party, and that an order to that effect
3  accordingly may be made and entered without further notice.

Respectfully submitted,

s/ David E. Newman
David E. Newman, SBN 233263
NATURAL RESOURCES DEFENSE COUNCIL
Attorney for Plaintiffs

s/ Kristen Byrnes Floom
Kristen Byrnes Floom, DC Bar No. 469615
UNITED STATES DEPARTMENT OF JUSTICE
Attorney for Federal Defendants

s/ James P. Walsh
James P. Walsh, SBN 184620
DAVIS WRIGHT TREMAINE LLP
Attorney for Defendant-Intervenor

Dated: June 23, 2006

**STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED ORDER – Case No. C 04-1370**

1

**PROPOSED ORDER**

The Court hereby dismisses the above-captioned case without prejudice to either party.

IT IS SO ORDERED.



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Dated: June 28, 2006

**STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED ORDER – Case No. C 04-1370**